IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EBONY SADE GREGORY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERSTATE HOTELS, LLC | : | NO. 23-235 |

O R D E R

AND NOW, this 8th day of January, 2024, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**GEORGE WYLESOL,** Clerk of Court


By: /s/ Mia Harvey
     Mia Harvey
     Courtroom Deputy to Judge Mia R. Perez